UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | : |
| | : Civil Action No: 5:22-CV-500-D-BM |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : |
| JANE DOE, | : |
| | : |
| Defendant. | : |

**NOTICE OF APPEAL TO THE**
**U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT**

Notice is hereby given that Plaintiff John Doe, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the January 5, 2023, Electronic Order (ECF No. 8) denying Plaintiff John Doe's Motion to Proceed Under Pseudonym. Plaintiff files this Notice for Interlocutory Appeal pursuant to 28 U.S.C.A. § 1292 and the collateral order doctrine. *James v. Jacobson*, 6 F.3d 233, 236 (4th Cir. 1993).

By this interlocutory appeal, Plaintiff respectfully requests that the order of January 5, 2023, be reversed and Plaintiff's Motion to Proceed Under Pseudonym be granted.

Respectfully submitted on this 14th day of January 2023 by

**EKSTRAND AND EKSTRAND, LLP**
**By: */s/ Robert C. Ekstrand***
Robert C. Ekstrand, Esq.
N.C. Bar No. 26673
110 Swift Avenue, 2nd Floor
Durham, North Carolina 27705
Tel. (919) 416-4590
rce@ninthstreetlaw.com
Local Civil Rule 83.1(d) Counsel for Plaintiff

**NESENOFF & MILTENBERG, LLP**
**By: */s/ Andrew T. Milternberg***
Andrew T. Miltenberg, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com

**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

      This document was served electronically upon all counsel of record by filing through the court's CM/ECF System on January 15, 2023. A copy of this Notice will be served with the summons and complaint upon the Defendant.

                                                       */s/ Robert Ekstrand*
                                                       Robert Ekstrand, Esq.

Page **3** of **3**

Case 5:22-cv-00500-D-BM   Document 9   Filed 01/15/23   Page 3 of 3