FILED: January 18, 2023

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 23-1058
(5:22-cv-00500-D-BM)

_____

JOHN DOE

        Plaintiff - Appellant

v.

JANE DOE

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:22-cv-00500-D-BM |
| Date notice of appeal filed in originating court: | 01/15/2023 |
| Appellant | John Doe |
| Appellate Case Number | 23-1058 |
| Case Manager | Emily Borneisen<br>804-916-2704 |