

Ira S. Nesenoff
Andrew T. Miltenberg
———————————
Stuart Bernstein
Tara J. Davis

Barbara H. Trapasso
Gabrielle M. Vinci
Regina M. Federico
Amy Zamir
Suzanne Dooley
Kristen Mohr

Philip A. Byler
Diana R. Warshow
Kara L. Gorycki
Susan E. Stark
Janine L. Peress
*Senior Litigation Counsel*

Rebecca C. Nunberg
*Counsel*

Marybeth Sydor
*Title IX Consultant*

ATTORNEYS AT LAW
———————————

**nmllplaw.com**

January 19, 2023

**VIA ELECTRONIC FILING**
Hon. James C. Dever III
United States District Court
Eastern District of North Carolina
United States Courthouse
310 New Bern Avenue
Raleigh, NC 27601

      **Re:** *John Doe v. Jane Doe*
            **Civil Action No. 5:22-CV-500-D-BM**
            **United States District Court for the**
            **Eastern District of North Carolina, Western Division**

Dear Judge Dever,

    We write on behalf of Plaintiff John Doe ("Plaintiff" or "Doe") to respectfully request the Court to stay prior deadlines pending the Fourth Circuit Court of Appeals decision on Plaintiff's appeal. On January 5, 2023, this Court entered an order denying Plaintiff's motion to proceed by pseudonym and requiring Plaintiff to file an amended complaint under his legal name by January 30, 2023 (ECF No. 8). On January 15, 2023, Plaintiff filed a Notice of Appeal with this Court (ECF No. 9).

    In light of Plaintiff's pending interlocutory appeal, Plaintiff respectfully requests that this Court stay its prior order requiring Plaintiff to file an amended complaint under his legal name, until the Court of Appeals rules on Plaintiff's appeal.



Thank you for your consideration and attention to this matter.

        **Respectfully submitted,**

        **NESENOFF & MILTENBERG, LLP**
        **By:** **/s/ *Andrew T. Milternberg***
        **Andrew T. Miltenberg, Esq.**
        **363 Seventh Avenue, Fifth Floor**
        **New York, New York 10001**
        **(212) 736-4500**
        **amiltenberg@nmllplaw.com**
        *Pro Hac Vice Application forthcoming*

        **EKSTRAND AND EKSTRAND, LLP**
        **By:** **/s/ *Robert Ekstrand***
        **Robert C. Ekstrand, Esq.**
        **N.C. Bar No. 26673**
        **110 Swift Avenue, 2nd Floor**
        **Durham, North Carolina 27705**
        **Tel. (919) 416-4590**
        **rce@ninthstreetlaw.com**
        **Local Civil Rule 83.1(d) Counsel for Plaintiff**

cc: Counsel of Record, via ECF