UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br>　　　　　Plaintiff,<br>　　v.<br>JANE DOE,<br>　　　　　Defendant. | 5:22-CV-500-D-BM |

ORDER

This matter is before the court on the Plaintiff's motion (ECF No. 12) to stay the Order (ECF No. 8) requiring the Plaintiff to file an amended complaint under his legal name by January 30, 2023, pending the Fourth Circuit Court of Appeals decision on Plaintiff's appeal (ECF No. 9) seeking review of that order. For the reasons set out in the motion and other good cause shown, the motion will be allowed.

THEREFORE, it is hereby ORDERED that the portion of the Order (ECF No. 8) requiring Plaintiff to file an amended complaint under his legal name shall be STAYED until the Court of Appeals rules on Plaintiff's appeal.

SO ORDERED on this _____ day of January, 2023.

_____
Hon. James C. Dever III
United States District Judge

## CERTIFICATE OF SERVICE

This proposed order was filed and served electronically upon all counsel of record by filing through the court's CM/ECF System on January 20, 2023. A copy of this Notice will be served with the summons and complaint upon the Defendant.

*/s/ Robert C. Ekstrand*
Robert C. Ekstrand, Esq.
NC Bar No. 26673
110 Swift Avenue, 2FL
Durham, NC 27705
Direct: (919) 452-4647
rce@ninthstreetlaw.com