FILED: November 17, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1058
(5:22-cv-00500-D-BM)

_____

JOHN DOE

    Plaintiff - Appellant

v.

JANE DOE

    Defendant - Appellee

------------------------------

FIRST AMENDMENT COALITION; PROFESSOR EUGENE VOLOKH

    Amici Supporting Appellee

_____

M A N D A T E
_____

The judgment of this court, entered October 26, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*