IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00500-D-BM

IAN McLAUGHLIN,

       Plaintiff,

  v.

LILY CHIN,

       Defendant.

DEFENDANT LILY CHIN'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

Defendant Lily Chin, pursuant to 28 U.S.C. § 1404(a), hereby moves the Court for an order transferring this case to the United States District Court for the Eastern District of Louisiana. Ms. Chin's consulted with counsel for Mr. McLaughlin about Ms. Chin's intent to file this motion, and Mr. McLaughlin opposes this motion.

In support of her motion, Ms. Chin relies on her accompanying brief and the following exhibits:

    1.    Affidavit of Erica Woodley (Exhibit 1)

    2.    Declaration of Lily Chin (Exhibit 2)

    3.    *Doe* Complaint (Exhibit 3) (separately filed under seal)

    4.    Subpoena to Lily Chin (Exhibit 4) (separately filed under seal)

    5.    Eastern District of Louisiana Website Excerpt (Exhibit 5)

    6.    Eastern District of North Carolina Website Excerpt (Exhibit 6)

    7.    Federal Judicial Caseload Statistics, Table X-1A (Exhibit 7)

    8.    Joint Status Report, *In re Camp Lejeune Water Litig.*, No. 7:23-cv-897 (E.D.N.C. Nov. 28, 2023) (Exhibit 8)

This the 15th day of December, 2023.

                ELLIS & WINTERS LLP

                /s/ Kelly Margolis Dagger
                Kelly Margolis Dagger
                N.C. State Bar No. 44329
                kelly.dagger@elliswinters.com
                James M. Weiss
                N.C. State Bar No. 42386
                jamie.weiss@elliswinters.com
                Chelsea Pieroni
                N.C. State Bar No. 59816
                chelsea.pieroni@elliswinters.com
                P.O. Box 33550
                Raleigh, NC 27636
                Telephone: (919) 865-7000
                Facsimile: (919) 865-7010

                *Counsel for Defendant Lily Chin*