IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00500-D-BM

| IAN McLAUGHLIN, | |
|---|---|
| Plaintiff, | |
| v. | DEFENDANT LILY CHIN'S NOTICE OF FILING PROPOSED SEALED DOCUMENTS |
| LILY CHIN, | |
| Defendant. | |

Pursuant to Local Civil Rule 79.2 and CM/ECF Policy Manual § V.G.1(e), Defendant Lily Chin hereby gives notice that she has provisionally filed under seal Exhibits 3 and 4 to her motion to transfer (DE 30-1, -2) and her brief in support of motion to transfer (DE 31). Although Ms. Chin does not contend that these documents should be sealed, she understands that Mr. McLaughlin may contend that public disclosure of the documents in the context of this case would link him to another case filed under a pseudonym. Ms. Chin has therefore filed the documents provisionally under seal in an abundance of caution to allow Mr. McLaughlin the opportunity to request that the documents remain sealed.

Pursuant to CM/ECF Policy Manual § V.G.1(e), if Mr. McLaughlin desires that the documents remain sealed, he must file a motion to seal, supporting memorandum, and proposed order within seven days after service of this notice.

This the 15th day of December, 2023.

                                                  ELLIS & WINTERS LLP

                                                  /s/ Kelly Margolis Dagger
                                                  Kelly Margolis Dagger
                                                  N.C. State Bar No. 44329
                                                  kelly.dagger@elliswinters.com
                                                  James M. Weiss
                                                  N.C. State Bar No. 42386
                                                  jamie.weiss@elliswinters.com
                                                  Chelsea Pieroni
                                                  N.C. State Bar No. 59816
                                                  chelsea.pieroni@elliswinters.com
                                                  P.O. Box 33550
                                                  Raleigh, NC 27636
                                                  Telephone: (919) 865-7000
                                                  Facsimile: (919) 865-7010

                                                  *Counsel for Defendant Lily Chin*