IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00500-D-BM

IAN McLAUGHLIN,

    Plaintiff,

v.

LILY CHIN,

    Defendant.

[PROPOSED] ORDER GRANTING DEFENDANT LILY CHIN'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)

This matter comes before the Court on the motion of Defendant Lily Chin, pursuant to 28 U.S.C. § 1404(a), for an order transferring this case to the United States District Court for the Eastern District of Louisiana. [D.E. 29]. Having reviewed the motion and other matters of record, the Court, in its discretion, finds that the motion should be GRANTED. The Court finds that personal jurisdiction exists and that venue would have been proper in the Eastern District of Louisiana. Further, considering the weight accorded to the plaintiff's choice of venue, witness convenience and access, convenience of the parties, and the interest of justice, the Court finds that the balance of these factors favors transfer. *See Trs. of Plumbers & Pipefitters Nat'l Pension Fund v. Plumbing Servs., Inc.*, 791 F.3d 436, 444 (4th Cir. 2015). Therefore, the motion to transfer is GRANTED and this case shall be transferred to the United States District Court for the Eastern District of Louisiana.

SO ORDERED, this the ___ day of _____, 2024.

_____
JAMES C. DEVER III
United States District Judge