IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00500-D-BM

| | |
|---|---|
| IAN McLAUGHLIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LILY CHIN,<br><br>　　　　Defendant. | NOTICE OF FILING EXHIBITS TO PROVISIONALLY SEALED REPLY IN SUPPORT OF MOTION TO TRANSFER |

Defendant Lily Chin hereby files the following public exhibits to her provisionally sealed reply brief in support of her motion to transfer:

- Federal Court Management Statistics, *U.S. District Courts—Profiles—During the 12-Month Periods Ending September 30, 2018 Through 2023* (Exhibit 9) (DE 51-1)

- Dismissal, *In re: Xarelto Prods. Liab. Litig.*, MDL No. 2592, No. 2:14-md-02592-EEF-MBN (E.D. La. Oct. 25, 2021) (Exhibit 10) (DE 51-2)

This the 31st day of January, 2024.

　　　　　　　　　　　　　　　　ELLIS & WINTERS LLP

　　　　　　　　　　　　　　　　/s/ Kelly Margolis Dagger
　　　　　　　　　　　　　　　　Kelly Margolis Dagger
　　　　　　　　　　　　　　　　N.C. State Bar No. 44329
　　　　　　　　　　　　　　　　kelly.dagger@elliswinters.com
　　　　　　　　　　　　　　　　James M. Weiss
　　　　　　　　　　　　　　　　N.C. State Bar No. 42386
　　　　　　　　　　　　　　　　jamie.weiss@elliswinters.com
　　　　　　　　　　　　　　　　Chelsea Pieroni
　　　　　　　　　　　　　　　　N.C. State Bar No. 59816
　　　　　　　　　　　　　　　　chelsea.pieroni@elliswinters.com
　　　　　　　　　　　　　　　　P.O. Box 33550
　　　　　　　　　　　　　　　　Raleigh, NC 27636
　　　　　　　　　　　　　　　　Telephone: (919) 865-7000
　　　　　　　　　　　　　　　　Facsimile: (919) 865-7010

　　　　　　　　　　　　　　　　*Counsel for Defendant Lily Chin*