# EXHIBIT 9

## U.S. District Court — Judicial Caseload Profile

**NORTH CAROLINA EASTERN**

| | | | 12-Month Periods Ending | | | | | | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | U.S. | Circuit |
| Overall Caseload Statistics | | Filings [1] | 2,792 | 3,168 | 3,108 | 2,825 | 2,532 | 3,995 | | |
| | | Terminations | 2,623 | 3,115 | 2,590 | 2,889 | 2,792 | 2,965 | | |
| | | Pending | 3,115 | 3,103 | 3,618 | 3,579 | 3,338 | 4,063 | | |
| | | Percent Change in Total Filings Current Year Over Earlier Year | 43.1 | 26.1 | 28.5 | 41.4 | 57.8 | | 8 | 1 |
| | | Number of Judgeships | 4 | 4 | 4 | 4 | 4 | 4 | | |
| | | Vacant Judgeship Months [2] | 12.0 | 12.0 | 2.1 | 0.0 | 0.0 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 698 | 792 | 777 | 706 | 633 | 999 | 6 | 1 |
| | | Civil | 428 | 461 | 472 | 430 | 408 | 741 | 6 | 1 |
| | | Criminal Felony | 204 | 252 | 253 | 208 | 157 | 172 | 8 | 1 |
| | | Supervised Release Hearings | 66 | 80 | 52 | 68 | 68 | 86 | 10 | 1 |
| | Pending Cases [2] | | 779 | 776 | 905 | 895 | 835 | 1,016 | 11 | 2 |
| | Weighted Filings [2] | | 626 | 715 | 705 | 652 | 565 | 923 | 4 | 1 |
| | Terminations | | 656 | 779 | 648 | 722 | 698 | 741 | 8 | 1 |
| | Trials Completed | | 38 | 39 | 27 | 43 | 40 | 38 | 7 | 1 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 9.2 | 9.7 | 11.1 | 13.6 | 15.4 | 15.3 | 54 | 7 |
| | | Civil [2] | 10.1 | 9.4 | 8.8 | 10.5 | 11.6 | 9.0 | 47 | 4 |
| | From Filing to Trial [2] (Civil Only) | | 38.4 | 38.6 | - | 59.7 | 40.6 | 31.6 | 22 | 2 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 98 / 4.6 | 259 / 13.5 | 307 / 14.2 | 355 / 16.0 | 430 / 20.4 | 174 / 6.0 | 24 | 4 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.3 | 1.2 | 1.2 | 1.4 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 38.1 | 32.6 | 43.0 | 40.5 | 41.4 | 36.9 | | |
| | | Percent Not Selected or Challenged | 24.3 | 26.1 | 35.9 | 25.6 | 30.5 | 26.7 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 2,963 | 175 | 17 | 798 | 10 | 24 | 44 | 122 | 1,315 | 76 | 241 | 1 | 140 |
| Criminal [1] | 681 | - | 306 | 18 | 201 | 62 | 21 | 20 | - | 11 | 7 | 8 | 27 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."

## U.S. District Court — Judicial Caseload Profile

**LOUISIANA EASTERN**

| | | | Sep 30 2018 | Sep 30 2019 | Sep 30 2020 | Sep 30 2021 | Sep 30 2022 | Sep 30 2023 | Numerical Standing Within U.S. | Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 17,091 | 18,087 | 4,283 | 2,498 | 4,101 | 7,655 | | |
| | Terminations | | 6,777 | 10,008 | 17,236 | 12,105 | 9,392 | 7,322 | | |
| | Pending | | 38,976 | 46,738 | 32,974 | 23,378 | 18,079 | 18,406 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -55.2 | -57.7 | 78.7 | 206.4 | 86.7 | | 5 | 2 |
| | Number of Judgeships | | 12 | 12 | 12 | 12 | 12 | 12 | | |
| | Vacant Judgeship Months [2] | | 27.6 | 16.0 | 0.0 | 0.0 | 8.1 | 16.9 | | |
| **Actions per Judgeship** | Filings | Total | 1,424 | 1,507 | 357 | 208 | 342 | 638 | 22 | 5 |
| | | Civil | 1,387 | 1,470 | 334 | 183 | 304 | 607 | 14 | 2 |
| | | Criminal Felony | 28 | 28 | 19 | 21 | 32 | 27 | 90 | 9 |
| | | Supervised Release Hearings | 10 | 10 | 5 | 5 | 6 | 4 | 91 | 8 |
| | Pending Cases [2] | | 3,248 | 3,895 | 2,748 | 1,948 | 1,507 | 1,534 | 6 | 1 |
| | Weighted Filings [2] | | 1,219 | 1,200 | 299 | 193 | 371 | 745 | 7 | 2 |
| | Terminations | | 565 | 834 | 1,436 | 1,009 | 783 | 610 | 16 | 5 |
| | Trials Completed | | 7 | 8 | 6 | 5 | 7 | 6 | 91 | 9 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 13.5 | 12.7 | 13.8 | 22.1 | 21.0 | 15.5 | 57 | 8 |
| | | Civil [2] | 7.8 | 10.3 | 36.0 | 24.9 | 69.4 | 24.2 | 93 | 9 |
| | From Filing to Trial [2] (Civil Only) | | 17.5 | 22.3 | 14.8 | 23.1 | 32.2 | 25.9 | 12 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 3,984 10.3 | 13,008 28.1 | 11,902 36.6 | 16,713 73.1 | 13,428 76.7 | 11,251 63.0 | 93 | 9 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.3 | 1.6 | 1.5 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 40.0 | 51.9 | 40.8 | 61.8 | 52.1 | 9.6 | | |
| | | Percent Not Selected or Challenged | 43.5 | 50.3 | 40.7 | 58.8 | 45.0 | 41.4 | | |

### 2023 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 7,282 | 31 | 261 | 254 | 1 | 36 | 52 | 5,419 | 793 | 23 | 243 | 4 | 165 |
| Criminal [1] | 322 | 6 | 77 | 19 | 113 | 46 | 14 | 10 | - | 22 | 1 | 6 | 8 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."