IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-00500-D-BM

| | |
|---|---|
| IAN McLAUGHLIN,<br><br>      Plaintiff,<br><br>  v.<br><br>LILY CHIN,<br><br>      Defendant. | DEFENDANT LILY CHIN'S NOTICE OF FILING PROPOSED SEALED REPLY BRIEF |

Pursuant to Local Civil Rule 79.2 and CM/ECF Policy Manual § V.G.1(e), Defendant Lily Chin hereby gives notice that she has provisionally filed under seal her reply brief in support of her motion to transfer (DE 50).

Although Ms. Chin does not contend that the reply brief should be sealed, she understands that Mr. McLaughlin may contend that some of the content of the brief would link him to another case filed under a pseudonym. Ms. Chin has therefore filed the brief provisionally under seal in an abundance of caution to allow Mr. McLaughlin the opportunity to request that the brief remain sealed.

Pursuant to CM/ECF Policy Manual § V.G.1(e), if Mr. McLaughlin desires that the reply brief remain sealed, he must file a motion to seal, supporting memorandum, and proposed order within seven days after service of this notice.

This the 31st day of January, 2024.

        ELLIS & WINTERS LLP

        <u>/s/ Kelly Margolis Dagger</u>
        Kelly Margolis Dagger
        N.C. State Bar No. 44329
        kelly.dagger@elliswinters.com
        James M. Weiss
        N.C. State Bar No. 42386
        jamie.weiss@elliswinters.com
        Chelsea Pieroni
        N.C. State Bar No. 59816
        chelsea.pieroni@elliswinters.com
        P.O. Box 33550
        Raleigh, NC 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010

        *Counsel for Defendant Lily Chin*